No. 02–7468. BELLENGER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7469. MONTALVO-DOMINGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7470. LAMB v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7471. JOHNSON, AKA MATHEWS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7472. KHMYZNIKOV v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7474. PEETE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–7475. MIGGINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7478. CAMPBELL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 02–7479. CORNEJO-JAIMES v. UNITED STATES; and ORBE-ELORZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 48 Fed. Appx. 104 (first judgment) and 106 (second judgment).

No. 02–7480. CAMACHO v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–7484. MILTON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–7485. MONTAGUEO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 02–7487. AVILES-FUENTES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7490. BETANCOURT-BETANCOURT, AKA BENTACOURT-BENTACOUR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.